AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| EDWARD COOPER,          Plaintiff, | ) ) ) |
| v. | ) ) ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security,          Defendant. | ) **JUDGMENT IN A CIVIL CASE** ) **CASE NO. 4:09-CV-177-D** ) ) |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

      **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JULY 9, 2010**</u> WITH A COPY TO:

Daniel R. Lauffer (via CM/ECF Notice of Electronic Filing)
Dennis R. Foley (via CM/ECF Notice of Electronic Filing)


<u>July 9, 2010</u>                                      DENNIS P. IAVARONE, Clerk
Date                                              Eastern District of North Carolina
                                                       <u>/s/ Debby Sawyer              </u>
<u>        </u>                                                (By) Deputy Clerk
Raleigh, North Carolina