# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDWARD COOPER,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:09-CV-177-D** |

**Decision by Court.**

　　　IT IS ORDERED AND ADJUDGED that the Commissioner of Social Security pay $3,950.00 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

　　　THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 12, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Daniel R. Lauffer (via CM/ECF Notice of Electronic Filing)

Dennis R. Foley (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| November 12, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |